IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VICTOR THOMAS and ROSIE THOMAS,
Individually, and as Guardians and Next
Friends of J.M., a minor, and as
Administrators of the Estates of Jordin Mays
and Kellsie Thomas                                          PLAINTIFFS

v.                          No. 5:17-cv-332-DPM

GENERAL MOTORS, LLC and
ALL-STAR CHEVROLET, INC.                                    DEFENDANTS

## ORDER

I recuse. The movant, Southern Farm Bureau Casualty Insurance Company, is on my recusal list. The Clerk must therefore reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 March 2019